## MINIFIGURE TRADING

Trade with any Model Citizens (employees), their Minifigures can be found on their Brick Badge! Trading posts can be found in Mini Market, LEGO® Creative Workshop, DUPLO® Family Care, Smuggler's Haul, and Little BIG Shop in the Hotel.

# LEGOLAND®
## NEW YORK RESORT

LEGO® CASTLE

LEGO® CITY

LEGO® PIRATES

LEGO® NINJAGO® WORLD

MINILAND

BRICKTOPIA

LEGOLAND® HOTEL

BRICK STREET

FREE WiFi

©2023 The LEGO Group.

*Map is not to scale.*

## BRICK STREET

### SERVICES
1 Ticket Windows
2 Guest Services
3 Stroller Rental – FEE
4 Photo Shop
5 Portable Charging Kiosks – FEE
6 First Aid – *Presented by Crystal Run Health Care*

### RIDES & ATTRACTIONS
8 Brick Party
9 LEGO® Rebuild the World

### DINING
7 LEGOLAND® Coffee Company

### SHOPPING
3 Mini Market
10 The BIG Shop

## BRICKTOPIA

### RIDES & ATTRACTIONS
11 Build + Test
12 DJ's Dizzy Disco Spin
13 LEGO® Creative Workshop
15 LEGO® DUPLO® Express
17 Stepping Tones
19 LEGO® Factory Adventure Ride

### SPECIALTY ATTRACTIONS
22 Face Painting – FEE

### DINING
14 The Meltdown Ice Cream Cart
16 Smokey's Brick-B-Que
20 What's Poppin Gourmet Popcorn Cart
21 Top of the Block Beverage Cart

### SHOPPING
18 Bricktopia Bazaar

## LEGOLAND® HOTEL

### SERVICES
• Portable Charging Kiosks – FEE

### SHOWS & ENTERTAINMENT
• Arcade
• LEGO® Creative Workshop

### DINING
• Brick's Family Restaurant
• Sandbar
• Skyline Bar

### SHOPPING
• Little BIG Shop

## LEGO® NINJAGO® WORLD

### RIDES & ATTRACTIONS
23 Jay's Gravity Force Trainer
27 LEGO® NINJAGO® The Ride
28 Ninja Training Camp

### SPECIALTY ATTRACTIONS
24 Ninja Games – FEE

### DINING
25 Ninja Kitchen

### SHOPPING
26 Wu's Warehouse

## LEGO® CASTLE

### SERVICES
43 Portable Charging Kiosks – FEE

### RIDES & ATTRACTIONS
31 Nature Trail
32 Nature Maze
34 Merlin's Flying Machines
35 Dragon's Apprentice
38 The Dragon
40 Tower Climb Tournament
41 Builder's Guild

### SHOWS & ENTERTAINMENT
30 LEGOLAND® Theater

### SPECIALTY ATTRACTIONS
36 Castle Games – FEE
37 Face Painting – FEE

### DINING
29 Showtime Snacks
33 Wizard's Frozen Wonders
39 Jester's Fare Beverage Cart
44 Royal Feast

### SHOPPING
42 The Royal Market

## LEGO® CITY

### SERVICES
60 DUPLO® Family Care and First Aid – *Presented by Crystal Run Health Care*
64 Changing Rooms
65 Body Dryers – FEE

### RIDES & ATTRACTIONS
45 City Police Build Experience
49 Junior Driving School (AGES 3–5)
50 Driving School (AGES 6–13)
53 The Wharf
54 Coast Guard Academy
59 Fire Academy
66 Water Playground

### SHOWS & ENTERTAINMENT
48 LEGO® CITY Theater
56 Palace 4D Cinema

### SPECIALTY ATTRACTIONS
47 City Games – FEE
51 Drivers License Kiosk – FEE
52 Caricatures – FEE
55 Remote Control Cars – FEE
62 LEGO® Build-A-Boat

### DINING
46 Granny's Apple Fries
57 Brickolini's Pizza & Pasta
58 City Dogs
61 City Scoops Ice Cream Cart

### SHOPPING
63 Splash City Retail Cart

## LEGO® PIRATES

### SERVICES
69 Portable Charging Kiosks – FEE
74 Body Dryers – FEE
77 Body Dryers – FEE

### RIDES & ATTRACTIONS
68 Anchors Away!
72 Splash Battle
73 Shiver Me Bricks
75 Rogue Riders

### SHOWS & ENTERTAINMENT
79 LEGO® Pirates Field

### SPECIALTY ATTRACTIONS
76 Pirate Games – FEE

### DINING
67 Everything Taco
70 Brickbeard's Food Market
71 Pirates Ice Cream Parlor

### SHOPPING
78 Smuggler's Haul

## MINILAND

### SERVICES
84 Resort Information Hub

### RIDES & ATTRACTIONS
80 West Coast
81 Las Vegas
82 Middle America
83 East Coast
86 New York City
87 Midtown
88 The Bronx
89 Goshen

### DINING
85 MINILAND Delights

## RIDE AND ATTRACTION GUIDELINES

*Please be sure to check posted age, height and safety restrictions at each attraction or on the App. Please supervise your children at all times. Subject to change without notice.*

Guests must be able to transfer to the ride vehicle themselves or with assistance from a member of their party. Model Citizens may not assist.

Indicates minimum rider height.

Indicates maximum rider height.

Below this height must be accompanied by a supervising companion.

What to do when you're two!

★ Supervising Companion must be at least 14 years old. Fire Academy supervising adult must be 18 years old.

† Weight restriction – See location for details.

§ Area may be unavailable during school group sessions.

◊ Age restrictions. See locations for details.

‡ Reserve 'N' Ride location.

For detailed ride restriction information visit our website at LEGOLAND.com/New-York or visit Guest Services for details.

## SERVICES




Stairs | Steep Hill | First Aid | Restrooms | Service Animal Relief | Coca-Cola Freestyle | Designated Smoking Area | Cash to Card Machine | Locker Rental