UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JONATHAN HANON,

                             Plaintiff,                           23-CV-8194 (JMF)

            -v-                                      MEDIATION REFERRAL
                                                                  ORDER
LEGO SYSTEMS, INC. et al.,

                            Defendants.
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are hereby notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  **The mediation should take place at least two weeks prior to the Initial Pretrial Conference, which is currently scheduled (by separate Order to be entered today) for December 20, 2023.**  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

       SO ORDERED.

Dated: September 19, 2023
          New York, New York                          _____
                                                                     JESSE M. FURMAN
                                                               United States District Judge