UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN HANON,

                Plaintiff,

    -against-

LEGO SYSTEMS, INC., MERLIN ENTERTAINMENTS GROUP U.S. LLC, MERLIN ENTERTAINMENTS SHORT BREAKS LLC, AND MERLIN ENTERTAINMENTS US NEWCO, LLC,

                Defendants.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 23-cv-08194

PLEASE TAKE NOTICE that defendants, LEGO SYSTEMS, INC., MERLIN ENTERTAINMENTS GROUP U.S. LLC, MERLIN ENTERTAINMENTS SHORT BREAKS LLC, AND MERLIN ENTERTAINMENTS US NEWCO, LLC, hereby appear in the above-entitled action and that the undersigned has been retained as attorneys for said defendants and demand that all papers in this action be served upon DRAKE LOEB PLLC, 555 Hudson Valley Avenue, Suite 100, New Windsor, New York 12553.

Dated: New Windsor, New York
       October 5, 2023

                                      Yours, etc.,

                                      DRAKE LOEB PLLC

                                      By: _____
                                      ADAM L. RODD, ESQ.
                                      *Attorneys for Defendants,*
                                      *LEGO SYSTEMS, INC., MERLIN*
                                      *ENTERTAINMENTS GROUP U.S. LLC, MERLIN*
                                      *ENTERTAINMENTS SHORT BREAKS LLC, AND*
                                      *MERLIN ENTERTAINMENTS US NEWCO, LLC*
                                      555 Hudson Valley Avenue, Suite 100
                                      New Windsor, New York 12553
                                      Tel. No.: (845) 561-0550

TO:     T. AUSTIN BROWN, ESQ.
        THE AUSTIN BROWN LAW FIRM
        *Attorneys for Plaintiff*
        588 Bergen Street
        Brooklyn, New York 11238
        Tel. No.: 917-716-6537