UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JONATHAN HANON,

                        Plaintiff,

      -against-

LEGO SYSTEMS, INC., MERLIN                 Case No.: 23-cv-08194
ENTERTAINMENTS GROUP U.S. LLC,
MERLIN ENTERTAINMENTS SHORT
BREAKS LLC, AND MERLIN
ENTERTAINMENTS US NEWCO, LLC,

                        Defendants.
-----------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

      I, ADAM L. RODD, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age, and reside at Cornwall, New York.

      2.    I hereby certify that on October 5, 2023, a true copy of the annexed NOTICE OF APPEARANCE served in the following manner:

By e-filing the same *with the United States District Court, Southern District of New York,* which generated a copy of same to:

TO:    T. AUSTIN BROWN, ESQ.
         THE AUSTIN BROWN LAW FIRM
         *Attorneys for Plaintiff*
         588 Bergen Street
         Brooklyn, New York 11238
         Tel. No.: 917-716-6537

                                                          _____
                                                            ADAM L. RODD