

**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

555 Hudson Valley Avenue, Ste. 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

James R. Loeb
Richard J. Drake, retired
Glen L. Heller*
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Alana R. Bartley**
Aaron C. Fitch

Judith A. Waye
Sarah N. Wilson
Michael J. Barfield **

Jennifer L. Schneider
Managing Attorney

*L.L.M. in Taxation
**Member NY & NJ Bar

October 6, 2023

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Application GRANTED. The Clerk is directed to terminate ECF No. 8.

SO ORDERED.

[signature]
October 6, 2023

Re: Jonathan Hanon v. Lego Systems, Inc., et. al.
Case No. 23-cv-08194 (JMF)

Dear Hon. Judge Furman:

My firm represents the defendants, Lego Systems, Inc., Merlin Entertainments Group U.S. LLC, Merlin Entertainments Short Breaks LLC and Merlin Entertainments US Newco LLC ("defendants"). This letter is written to respectfully request an extension of time for the defendants to answer or move in this matter until November 2, 2023 in accordance with ¶ 2(E) of the Court's Individual Rules.

The defendants first received notification of this lawsuit on or about September 15, 2023. On October 2, 2023 I contacted plaintiff's counsel, T. Austin Brown, Esq., to request an extension of time for the defendants to answer or move until November 2, 2023, and Mr. Brown graciously consented to this request. The request for the extension to answer or move has been necessitated by the need for time to investigate the underlying facts underlying the allegations in this lawsuit. This is the first request for an extension of time for the defendants to answer or move. The next appearance in this matter is an initial pretrial conference scheduled for December 20, 2023.

I thank the Court for its time and attention in this matter.

Respectfully submitted,

ADAM L. RODD

ALR/ev/1204556
cc:   Thoman Austin Brown, Esq. – *Via ECF*

Writer's Direct:  Phone: (845) 458-7303  Fax: (845) 458-7304  Email: arodd@drakeloeb.com