UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JONATHAN HANON,

                        Plaintiff,                    **STIPULATION**

      -against-

LEGO SYSTEMS, INC., MERLIN                Case No.: 23-cv-08194
ENTERTAINMENTS GROUP U.S. LLC,
MERLIN ENTERTAINMENTS SHORT
BREAKS LLC, AND MERLIN
ENTERTAINMENTS US NEWCO, LLC,

                        Defendants.
-------------------------------------------------------X

      It is stipulated, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, by and between T. Austin Brown, Esq., counsel for plaintiff, and Adam L. Rodd, Esq. of Drake Loeb, PLLC, counsel for the named defendants Lego Systems, Inc., Merlin Entertainments Group U.S. LLC, Merlin Entertainments Short Breaks LLC, and Merlin Entertainments US Newco, LLC, that LEGOLAND New York, LLC be substituted as the defendant in the above-captioned lawsuit in place of Lego Systems, Inc., Merlin Entertainments Group U.S. LLC, Merlin Entertainments Short Breaks LLC, and Merlin Entertainments US Newco, LLC, and that the corrected caption in this lawsuit shall hereinafter be as follows:

-------------------------------------------------------X
JONATHAN HANON,

                        Plaintiff,

  -against-

LEGOLAND New York LLC.
                        Defendant.
-------------------------------------------------------X

      It is further stipulated and agreed that the plaintiff's time to file an Amended Complaint in accordance with the corrected caption is November 3, 2023, and the defendant's time to answer or otherwise respond to the Amended Complaint shall be November 17, 2023. Defendant LEGOLAND New York, LLC stipulates that it is the owner and operator of the underlying property at issue in this lawsuit.

Dated: New Windsor, New York
        October 27, 2023

THE AUSTIN BROWN LAW FIRM

By: _____/s/_____
T. AUSTIN BROWN, ESQ.
*Attorneys for Plaintiff*
588 Bergen Street
Brooklyn, New York 11238
Tel. No.: 917-716-6537

DRAKE LOEB PLLC

By: _____/s/_____
ADAM L. RODD, ESQ.
*Attorneys for Proposed Defendant LEGOLAND New York LLC, and Current Defendants LEGO SYSTEMS, INC., MERLIN ENTERTAINMENTS GROUP U.S. LLC, MERLIN ENTERTAINMENTS SHORT BREAKS LLC, AND MERLIN ENTERTAINMENTS US NEWCO, LLC*
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
Tel. No.: (845) 561-0550

The Clerk is directed to terminate Defendants Lego Systems, Inc., Merlin Entertainments Group U.S. LLC, Merlin Entertainments Short Breaks LLC, and Merlin Entertainments US Newco, LLC. The Clerk is further directed to add LEGOLAND New York LLC as a Defendant and to update the caption as indicated above.

SO ORDERED.

/s/ Jesse M. Furman

October 30, 2023