UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JONATHAN HANON,                                                         :
:
Plaintiff,                                                              :
:                    23-CV-8194 (JMF)
-v-                                                                     :
:                         ORDER
LEGO LAND NEW YORK, LLC,                                                :
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's October 30, 2023 Order, ECF No. 11, Plaintiff was required to file an amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, by November 3, 2023. To date, Plaintiff has not filed any amended complaint. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 8, 2023**. Counsel shall ensure that any amended complaint is filed in accordance with Rule 1(B) of the Court's Individual Rules. All other dates and deadlines, *see* ECF Nos. 4, 11, remain in effect.

      SO ORDERED.

Dated: November 6, 2023
       New York, New York
                                        JESSE M. FURMAN
                                      United States District Judge