ALR/ev  14563-73329  1215067

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JONATHAN HANON,

                      Plaintiff,

      -against-                             Case No.: 23-cv-08194

LEGOLAND New York LLC,

                      Defendant.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, ADAM L. RODD, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at Cornwall, New York.

    2.    I hereby certify that on November 16, 2023 a true copy of the annexed Answer to First Amended Complaint served in the following manner:

    By e-filing the same *with the United States District Court, Southern District of New York*, which generated a copy of same to:

TO:    T. AUSTIN BROWN, ESQ.
        THE AUSTIN BROWN LAW FIRM
        *Attorneys for Plaintiff*
        588 Bergen Street
        Brooklyn, New York 11238
        Tel. No.: 917-716-6537

                                            _____
                                               ADAM L. RODD