UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JONATHAN HANON, :
:
Plaintiff, :
: 23-CV-8194 (JMF)
-v- :
: ORDER
LEGOLAND NEW YORK LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On September 19, 2023, the Court referred this case to the Court-annexed Mediation Program upon the parties' request and directed the parties "to participate in the mediation in good faith." ECF No. 5. On November 20, 2023, the Court was advised by the District's Mediation Program that "the court-ordered mediation in this case was not held as one or both of the parties failed, refused to attend, or refused to participate in the mediation." ECF No. 19. The Court is concerned by the parties' apparent lack of good faith and diligence in resolving this case. Future failures to comply with the Court's orders may result in sanctions. No later than **November 28, 2023**, the parties shall file a joint status update explaining why one or both parties failed to attend the scheduled mediation conference and outlining any next steps.

SO ORDERED.

Dated: November 21, 2023
    New York, New York                    _____
                                          JESSE M. FURMAN
                                          United States District Judge