UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Jonathan Hanon,

                                                     Plaintiff,

23 Civ. 08194 (JMF)

    -- against –

LEGOLAND New York, LLC,

                                                Defendant.
----------------------------------------------------------------x

## **NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff Jonathan Hanon.

DATED:   Long Island City, New York
                  December 19, 2023

                                                  /s/ *David Kasell*
                                                  David M. Kasell, Esq.
                                                  Kasell Law Firm
                                                  1038 Jackson Avenue, Suite #4
                                                  Long Island City, NY 11101
                                                  (718) 404-6668
                                                  *Attorney for Plaintiff*