# Kasell Law Firm

January 7, 2024

Hon. Jesse M. Furman
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Hanon v. LEGOLAND New York, LLC*, 23 Civ. 08194

Judge Furman:

      As counsel to Plaintiff, I move to terminate the representation of Plaintiff by Thomas Austin Brown pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York. I have executed a stipulation with Mr. Brown to substitute as counsel for him, and the client has stated his consent to the termination of Mr. Brown as his attorney under penalty of perjury.

      The client consents to the Court entering an order terminating Mr. Brown's representation because Mr. Brown has started a new job as Assistant Attorney General in the Office of the New York State Attorney General, and the client believes I will be able to continue the case without prejudice to him. The stipulation, executed consent and an affirmation by Austin Brown are attached to this letter motion.

      Plaintiff and his counsel appreciate the Court's time and attention to this motion.

/s/ *David Kasell*
David Kasell
*Counsel for Plaintiff*