UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Jonathan Hanon,

                                Plaintiff,

       -- against –

LEGOLAND New York, LLC,

                              Defendant.
-------------------------------------------------------------------x

23 Civ. 08194 (JMF)

## STIPULATION SUBSTITUTING ATTORNEYS

    The undersigned counsel stipulate and consent to the substitution of the David M. Kasell, Esq., in the above-captioned action in place and instead of Austin Brown, Esq. The client has also been informed of the stipulation to substitute attorneys and consents to the Court entering an order pursuant to Local Civil Rule 1.4 as is evidence by the statement executed by the client pursuant to 28 U.S.C. § 1746 under penalty of perjury.

DATED: January 7, 2024

                                                                    /s/ *David Kasell*
                                                               David M. Kasell, Esq.
                                                                    Kasell Law Firm
                                                 1038 Jackson Avenue, Suite #4
                                                            Long Island City, NY 11101
                                                                      (718) 404-6668
                                                            *Proposed Incoming Counsel*

                                                                  Thomas Austin Brown, Esq.
                                                             The Austin Brown Law Firm
                                                                        588 Bergen St
                                                                    Brooklyn, NY 11238
                                                                      (917) 716-6537
                                                          *Proposed Outgoing Counsel*