UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Jonathan Hanon,

                                                   23 Civ. 08194 (JMF)

                        Plaintiff,

          -- against –

LEGOLAND New York, LLC,

                        Defendant.
-----------------------------------------------------------------x

## CONSENT TO SUBSTITUTE ATTORNEYS

       I, Jonathan Hanon, hereby affirm and declare the following under penalty of perjury pursuant 28 U.S.C. § 1746:

1.     I am the client in the above-captioned action.

2.     I have been represented by Thomas Austin Brown, Esq. in this action.

3.     Since December 19, 2023, I have been also represented by David Kasell, Esq.

4.     I consent to the Court entering an order terminating Mr. Brown's representation pursuant to Local Rule 1.4 of the Southern District of New York because Mr. Brown has started a new job as Assistant Attorney General in the Office of the New York State Attorney General and Mr. Kasell will be able to continue the case without prejudice to me.

5.     I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 7, 2024

                                                                                 Jonathan Hanon    01-07-2024